**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**DAVID BROWN**                                                                             **PLAINTIFF**

v.                          Case No. 1:12-cv-00024-KGB

**PAUL BERHNDT, CROWN POINT TIME SHARING, INC.,**
**CROWN POINT COUNCIL OF CO-OWNERS, VICKI WHITED,**
**CROWN POINT CONDOMINIUM OWNER'S ASSOCIATION**         **DEFENDANTS**

## JUDGMENT

The Court hereby enters judgment consistent with the Opinion and Order that was entered on this day. Plaintiff David Brown's claims under Title III of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101, *et seq.*, and the Fair Housing Act, 42 U.S.C. § 3604, are dismissed with prejudice. As to Mr. Brown's claims under the Arkansas Fair Housing Act, Ark. Code Ann. § 16-123-201, *et seq.*, the Arkansas Civil Rights Act of 1993, Ark. Code Ann. § 16-123-101, *et seq.*, and state-law negligence, the Court declines to exercise supplemental jurisdiction. The period of limitations on Mr. Brown's state-law claims is tolled under 28 U.S.C. § 1367(d) for 30 days after entry of judgment in this case, unless Arkansas gives a longer tolling period.

SO ORDERED this the 10th day of April, 2013.

_____
Kristine G. Baker
United States District Judge