# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DAVID BROWN**                                                                       **PLAINTIFF**

**v.**                     Case No. 1:12-cv-00024-KGB

**PAUL BERHNDT, CROWN POINT TIME SHARING, INC.,
CROWN POINT COUNCIL OF CO-OWNERS, VICKI WHITED,
CROWN POINT CONDOMINIUM OWNER'S ASSOCIATION**       **DEFENDANTS**

## NOTICE OF STATUS CONFERENCE

The Court will conduct by telephone a status conference on Friday, April 19, 2013, at 2:30 p.m.

SO ORDERED this the 19th day of April, 2013.

_____
Kristine G. Baker
United States District Judge